UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE HARRIS,

        Plaintiff,        Case Number: 2:11-CV-14741

v.        HONORABLE AVERN COHN

D. HEYN, ET AL.,

        Defendant.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated December 15, 2011, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 15th day of December, 2011.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/Julie Owens

APPROVED:

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Andre Harris, 534153, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623 on this date, December 15, 2011, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160